# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| VIRGINIA WINERIES ASSOCIATION, INC. <br><br> *Plaintiff(s)* <br> v. <br><br> ACROSS-THE-WAY PRODUCTIONS, INC., ERIKA JOHNSON and KRIS HODGES <br><br> *Defendant(s)* | Civil Action No. 3:16CV033 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ACROSS-THE-WAY PRODUCTIONS, INC.
4411 Fishersview Road
Pilot, Virginia 24138;

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Theodore A. Breiner
BREINER & BREINER, L.L.C.
115 North Henry Street
Alexandria, Virginia 22314-2903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **January 15, 2016**

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| VIRGINIA WINERIES ASSOCIATION, INC. ) <br> ) <br> ) <br> ) <br> *Plaintiff(s)* ) <br> v. ) <br> ) <br> ACROSS-THE-WAY PRODUCTIONS, INC., ) <br> ERIKA JOHNSON and KRIS HODGES ) <br> ) <br> *Defendant(s)* ) | Civil Action No. 3:16CV033 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ERIKA JOHNSON
4411 Fishersview Road
Pilot, Virginia 24138;

COPY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Theodore A. Breiner
BREINER & BREINER, L.L.C.
115 North Henry Street
Alexandria, Virginia 22314-2903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  January 15, 2016         _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| VIRGINIA WINERIES ASSOCIATION, INC. | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:16CV033 |
| ACROSS-THE-WAY PRODUCTIONS, INC., ERIKA JOHNSON and KRIS HODGES | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KRIS HODGES
4411 Fishersview Road
Pilot, Virginia 24138;

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Theodore A. Breiner
BREINER & BREINER, L.L.C.
115 North Henry Street
Alexandria, Virginia 22314-2903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __January 15, 2016__    _____
*Signature of Clerk or Deputy Clerk*